**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 69 WAL 2016
                                                :
            Respondent           :
                                                :   Petition for Allowance of Appeal from
                                                :   the Order of the Superior Court
              v.                  :
                                                  :
                                                :
WILLIE MAURICE HARRIS,          :
                                                :
            Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal, Application for Stay and Application for Leave to File Addendum are hereby **DENIED**.